THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KANUTE ARVID ENLIND, Appellant.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

NATHANIEL C. EPSTEIN, Respondent, v. INDIAN REFINING Co., INC., Appellant.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

NORMAN D. GOLDSTEIN, an Infant, etc., Appellant, v. ELEANORE C. GOLDSTEIN, an Infant, etc., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of MICHAEL MARTIN DOLPHIN, an Attorney.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

A. KIMBALL COMPANY, Respondent, v. CHARLES A. FOX, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.; Clarke, P. J., and Dowling, J., dissenting.

FRED STERN, Doing Business as FRED STERN & COMPANY, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., Respondent, v. DENMAN-MYERS CORD TIRE COMPANY, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of EMMA BAUMBACH, Respondent, v. IRVING C. LENTON, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ANTONIO MOLLINO, Respondent, v. OGDEN & CLARKSON CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

AMELIA KLEIN, Respondent, v. CANDEE, SMITH & HOWLAND COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

EMIL FLEISCHL and Others, Copartners, etc., Respondents, v. HERMAN BADIAN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARY BURKE, an Infant, by JAMES J. BURKE, Her Guardian ad Litem, Appellant, v. JAMES FLOOD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.